■ EILEEN S. MORGAN et al., Appellants, v AMUSEMENTS CONSULTANTS, LTD., et al., Respondents, et al., Defendant.—

After review of the record, the damages appear to us to be inadequate to the extent indicated. Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Smith, JJ.